[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1390

PAUL W. TUNNICLIFF,

Appellant,

v.

DENIS MORIARTY, JR.,

Appellee.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Michael A. Ponsor, U.S. District Judge]



Before

Selya, Boudin and Stahl,
Circuit Judges.



Philip M. Stone on brief for appellant.
Paul  M.  Cranston and Cranston  &  Cranston,  P.C. on brief for
appellee.



September 25, 1997


Per Curiam . We have carefully reviewed the parties'

briefs and the record on appeal. We affirm on grounds that

appellee Moriarty neither wilfully violated the stay nor caused

appellant Tunnicliff's injuries.

Affirmed. Loc. R. 27.1.

The request in Appellee's brief for costs is denied
insofar as it arises under Fed. R. App. P. 38. Appellee may be
awarded costs under Fed. R. App. P. 39 by complying with the
procedures stated therein.

-2-